IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SUSIE WILLIAMS,                        )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )        CASE NO. 2:07-cv-321-WKW
                                      )
VIVA HEALTH, INC., *et al.*,          )
                                      )
        Defendants.                   )

## **ORDER**

Before the court is Defendant Viva Health, Inc.'s Motion Requesting Oral Argument (Doc.

# 8). Upon consideration of the motion, it is ORDERED that the motion is DENIED.

DONE this 14th day of June, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE