# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **SUSIE WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 2:07-cv-00321-WKW-TFM |
| | ) |
| **VIVA HEALTH INC.,** | ) |
| **and RICKY CRAPP,** | ) |
| | ) |
| **Defendants.** | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Respectfully submitted,

1/1570051.1

        s/James S. Christie, Jr.
James S. Christie, Jr. (CHR011)
Amelia T. Driscoll (DRI016)
Bradley Arant Rose & White, LLP
1819 Fifth Avenue North
Birmingham, AL  35203-2104
Telephone:  (205) 521-8000
Facsimile:   (205) 521-8800
Email:  jchristie@bradleyarant.com
Email:  adriscoll@bradleyarant.com

Attorneys for Defendant
VIVA Health, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

L. Cooper Rutland, Jr.
Rutland Law Firm, L.L.C.
208 North Prairie Street
Post Office Box 551
Union Springs, Alabama  36089
334-738-4770
lcrj@ustconline.net

and that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

        s/ James S. Christie, Jr.
One of the Attorneys for Defendant