# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **SUSIE WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **2:07-cv-00321-WKW-TFM** |
| ) | |
| **VIVA HEALTH INC.,** ) | |
| **and RICKY CRAPP,** ) | |
| ) | |
| Defendants. ) | |

## AMENDED CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the June 12, 2007 order of this Court, Defendant VIVA Health Inc. does hereby make the following amended disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: Defendant VIVA Health Inc. is a subsidiary of Triton Health Systems, L.L.C., which is owned by the UAB Health System. There are no other entities to be reported.

Respectfully submitted,

1/1570051.1

- 2 -

                        s/James S. Christie, Jr.
                        James S. Christie, Jr. (CHR011)
                        Amelia T. Driscoll (DRI016)
                        Bradley Arant Rose & White, LLP
                        1819 Fifth Avenue North
                        Birmingham, AL  35203-2104
                        Telephone:  (205) 521-8000
                        Facsimile:   (205) 521-8800
                        Email:  jchristie@bradleyarant.com
                        Email:  adriscoll@bradleyarant.com

                        Attorneys for Defendant
                        VIVA Health, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      L. Cooper Rutland, Jr.
      Rutland Law Firm, L.L.C.
      208 North Prairie Street
      Post Office Box 551
      Union Springs, Alabama  36089
      334-738-4770
      lcrj@ustconline.net

and that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      None.

                        s/ James S. Christie, Jr.
                        One of the Attorneys for Defendant