IN THE U.S. DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SUSIE WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:07-CV-00321-WKW-TFM |
| VS | ) | |
| | ) | |
| VIVA HEALTH, INC. | ) | |
| and RICKY CRAPP | ) | |
| | ) | |
| Defendant. | ) | |

CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Respectfully submitted,


/s/ L. Cooper Rutland, Jr.
L. Cooper Rutland, Jr. (RUT010)
Attorney for Plaintiff

OF COUNSEL:
Rutland Law LLC
Post Office Box 551
Union Springs, Alabama 36089
334-738-4770
334-738-4774 (fax)
lcrj@ustconline.net

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James S. Christie, Jr., Esq
Amelia T. Driscoll, Esq
Bradley Arant Rose & White, LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104

and that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

/s/ L. Cooper Rutland, Jr.
Of Counsel