| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Lucrecia Baldwin*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  *Lucrecia Baldwin*   C. Date of Delivery 1/23/08 |
| 1. Article Addressed to:<br><br>Circuit Court Clerk<br>BULLOCK COUNTY<br>217 North Prairie Street,<br>Union Springs, AL 36089 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:07CV 321<br>#20 order |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0003 1841 6384 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540